Owen P. Toepfer (#038119)
Patricia Brum (*Pro Hac Vice Forthcoming*)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, AZ 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email: otoepfer@swlaw.com
pbrum@swlaw.com
*Attorneys for Defendant*
*Milestone Formula, LLC d/b/a Banner Edge Media*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Zachary Fridline, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

Milestone Formula, LLC d/b/a Banner Edge Media and Advancing Academic Development,

Defendants.

No. 2:26-cv-07321-SMB

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT MILESTONE FORMULA, LLC d/b/a BANNER EDGE MEDIA TO RESPOND TO COMPLAINT**

**(First Request)**

Plaintiff Zachary Fridline ("Plaintiff") and Defendant Milestone Formula, LLC d/b/a Banner Edge Media ("Banner Edge Media") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Banner Edge Media to answer or otherwise respond to Plaintiff's Complaint (Doc. 1) up to and including December 21, 2026. In support of this Stipulation, the Parties state as follows:

1. Plaintiff filed the Complaint (Doc. 1) on October 7, 2026.

2. Banner Edge Media was served and the current deadline to respond is November 30, 2026.

3. However, Banner Edge Media needs additional time to evaluate the

allegations of the Complaint and to prepare its response. Counsel for the Parties conferred and agreed to extend the deadline for Defendant to respond to the Complaint to December 21, 2026.

4. Pursuant to LRCiv 7.3(a), this is the first request for an extension of Defendant's deadline to respond to the Complaint. No previous extensions concerning this deadline have been requested or granted.

5. This Stipulation is made in good faith and not for purposes of delay. No scheduling order has been entered in this action, and the requested extension will not affect any other deadline set by the Court.

Accordingly, the Parties respectfully request that the Court enter an order extending the deadline for Banner Edge Media to answer or otherwise respond to the Complaint up to and including December 21, 2026. A proposed order is submitted herewith.

DATED this 24th day of November 2026.

By: *s/Owen P. Toepfer*
Owen P. Toepfer (#038119)
Patricia Brum (*Pro Hac Vice Forthcoming*)
**SNELL & WILMER LLP**
One East Washington Street
Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant*
*Milestone Formula, LLC d/b/a Banner Edge Media*

By: *s/Andrew Perrong w/permission*
Andrew Perrong
**PERRONG LAW LLC**
1669 Edgewood Road, Suite 218
Yardley, PA 19067
*Attorney for Plaintiff*
*Zachary Fridline*

SNELL & WILMER