IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zachary Fridline, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Milestone Formula, LLC d/b/a Banner Edge Media and Advancing Academic Development,<br><br>Defendants. | No. 2:26-cv-07321-SMB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT MILESTONE FORMULA, LLC d/b/a BANNER EDGE MEDIA TO RESPOND TO COMPLAINT** |

The Court having considered the Parties' Stipulation to Extend Deadline for Defendant Milestone Formula, LLC d/b/a Banner Edge Media to Respond to Complaint, and good cause appearing,

IT IS ORDERED granting the stipulation.

IT IS FURTHER ORDERED that Defendant Milestone Formula, LLC d/b/a Banner Edge Media shall answer or otherwise respond to Plaintiff's Complaint no later than December 21, 2026.